1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  DANIEL L. LUCAS,
11           Plaintiff,                  No. CIV S-06-1160 DFL GGH P
12      vs.
13  SACRAMENTO COUNTY
    SHERIFF'S DEPARTMENT,
14
             Defendant.          ORDER
15  _____/
16           Plaintiff, a Sacramento County Jail inmate proceeding pro se, has filed a civil
17  rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis
18  affidavit or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be
19  provided the opportunity either to submit the appropriate affidavit in support of a request to
20  proceed in forma pauperis or to submit the appropriate filing fee.
21           In accordance with the above, IT IS HEREBY ORDERED that:
22           1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit
23  in support of his request to proceed in forma pauperis on the form provided by the Clerk of
24  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the
25  dismissal of this action; and
26  /////

                                        1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: 6/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
luca1160.3a